## STATE V. BANKS.

(Decided Feb. 6, 1908.)

APPEAL from Etowah Probate Court.

Heard before Hon. J. W. PENN.

No counsel marked for appellant. ALEXANDER M. GARBER, Attorney- General, and W. J. BOYKING for the State.

Affirmed. Opinion by MCCLELLAN, J.

TYSON, C. J., DOWDELL and ANDERSON, JJ., concur

---

## WESTERN UNION TELEGRAPH CO. V. LELAND.

(Decided Jan. 16, 1908.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

GEORGE H. FEARONS and HENRY FITTS, for appellant. FOSTER & OLIVER, and FLEETWOOD RICE, for appellee.

Appeal dismissed. Opinion by ANDERSON, J.

TYSON, C. J., DOWDELL and MCCLELLAN, JJ., concur.

---

## EX PARTE BARNETT.

---

Original petition in the Supreme Court.

BEN T. PHILLIPS, for petitioner. A. E. BARNETT, pro se.

Rule dismissed. Per curiam.

---

## WILSON V. THE STATE.

(Decided Dec. 19, 1907.)

APPEAL from Chilton Circuit Court.

Heard before Hon. W. W. PEARSON.

TIPTON MULLINS, for appellant. ALEXANDER M. GARBER , Attorney-General, for the State.

Appeal dismissed. Opinion by MCCLELLAN, J.

TYSON, C. J., HARALSON and DENSON, JJ., concur.